JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Rutherford,<br><br>      Plaintiff(s),<br><br>   v.<br><br>Oli's Bakery Inc. et al.,<br><br>      Defendant(s). | Case No. 8:21-cv-00574-JLS-KES<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |

   On May 10, 2021, Plaintiff filed a Notice of Settlement (Doc. 15), indicating that the case has fully settled. Based thereon, the Court hereby orders all proceedings in the case stayed and that this action is removed from the Court's active caseload. The case will not be reopened absent a written showing of good cause filed within forty-five (45) days of this order.

   The parties shall file a Stipulation of Dismissal no later than June 24, 2021 (the "Dismissal Date"). If no dismissal is filed, the Court deems the matter dismissed at that time.

   Until the Dismissal Date, the Court retains full jurisdiction over this action.

IT IS SO ORDERED.

   DATED: May 10, 2021

                              JOSEPHINE L. STATON
                              _____
                              HONORABLE JOSEPHINE L. STATON
                              UNITED STATES DISTRICT JUDGE